# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEREMY W. LANGLEY, ) | |
| TIMOTHY B. JONES and ) | |
| MATTHEW WILSON, ) | |
| ) | |
| v. ) | Case No. 23-CV-192 |
| ) | |
| BRENDAN KELLY, in his official ) | |
| capacity as Director of the Illinois ) | |
| State Police, and COLE PRICE SHANER, ) | |
| in his official capacity as States Attorney of ) | |
| Crawford County, Illinois, ) | |
| ) | |
| Defendants. ) | |

## SUPPLEMENTARY EXHIBIT TO MOTION FOR PRELIMINARY INJUNCTION

Comes now Plaintiffs, by and through Thomas G. Maag and the Maag Law Firm, LLC, and an in supplement and support of their previously filed Motion for Preliminary Injunction, attach the following affidavit of Mark Overstreet.

**Dated:** 1-27-2022    s

Respectfully Submitted,

By:s/Thomas G. Maag

Thomas G. Maag #6272640
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL  62095
Phone:  618-216-5291
tmaag@maaglaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed using the CM/ECF system, which will send notification to all registered users, and a copy was mailed to the following non-registered user, via US Mail,

State's Attorney  
Crawford County Courthouse  
105 Douglas St.  
Robinson, IL 62454

Dated:  1-27-2023　　　　　　　　　　　　　　　By<u>s/Thomas G. Maag</u>