IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEREMY W. LANGLEY, TIMOTHY B. JONES, and MATTHEW WILSON,<br><br>    Plaintiffs,<br><br>v.<br><br>BRENDAN KELLY, in his official capacity as Director of the Illinois State Police, and COLE PRICE SHANER, in his official capacity as State's Attorney of Crawford County, Illinois,<br><br>    Defendants. | No. 3:23-cv-192 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Brendan Kelly, in his official capacity as Director of the Illinois State Police, by and through his attorney, Kwame Raoul, Attorney General of the State of Illinois, moves pursuant to Federal Rule of Civil Procedure 6(b) for a 21-day extension, up to and including February 28, 2023, of the deadlines to respond to Plaintiffs' motion for preliminary injunction and answer or otherwise plead in response to the complaint, and states as follows:

1.  On January 13, 2023, Plaintiffs filed this action in Crawford County, Illinois alleging their Second, Fifth, and Fourteenth Amendments rights are violated by the Protect Illinois Communities Act, Public Act 102-1116. Doc. 1-1. Plaintiffs allege that being required to register their ownership of assault weapons violates their right against self-incrimination; that the Act's restrictions on the purchase and sale of assault weapons and large capacity magazines violate the Second Amendment; and that certain provisions of the Act are unconstitutionally vague in violation of the Fourteenth Amendment.

1

2. On January 23, 2023, without being served with summons, Defendant Kelly removed this case to federal court. Doc. 1. Defendant Kelly's deadline to answer or otherwise plead is February 7, 2023. Fed. R. Civ. Pro. 81(c)(2). On January 24, 2023, Plaintiffs filed a motion for preliminary injunction. Doc. 6. Defendant's response to the motion is due February 7, 2023. SDIL-LR 7.1(g).

3. On January 26, 2023, Defendant filed a motion to consolidate three other cases that involve a common question of law or fact with this case: *Harrel, et al. v. Raoul, et al.*, Case No. 23-141-SPM; *Federal Firearms Licensees of Illinois, et al. v. Pritzker, et al.*, Case No. 23-215-NJR; *Barnett, et al. v. Raoul, et al.*, Case No. 23-209-RJD. Doc. 8.

4. On January 27, 2023, Defendant's counsel spoke by phone with Plaintiffs' counsel about Defendant's request for a 21-day extension to answer and respond to Plaintiffs' preliminary injunction motion on or before February 28, 2023; **Plaintiffs do not oppose this request.**

5. Director Kelly respectfully makes this unopposed request in order to complete the process of retaining experts to submit declarations in support of his opposition to Plaintiffs' preliminary injunction motion and to incorporate their opinions in his brief. Director Kelly will rely on these expert declarations to demonstrate that Plaintiffs have no reasonable likelihood of success of proving that the challenged provisions in the Act violate the Second Amendment under *N.Y. State Rifle & Pistol Association v. Bruen*, 142 S. Ct. 2111 (2022). As in other cases applying the *Bruen* standard, Director Kelly intends to introduce expert declarations demonstrating that the assault weapons and large capacity magazines regulated by the Act are not "arms" within the meaning of the Second Amendment because they are not commonly used for self-defense and they are "dangerous and unusual," *see Bruen*, 142 S. Ct. at 2128, 2132. In addition, even if the Act regulates "arms" covered by the Second Amendment, Director Kelly also intends to demonstrate,

with supporting expert declarations, that the Act's regulations of assault weapons and large capacity magazines are "consistent with the Nation's historical tradition of firearm regulation," *id.* at 2130.

6.  Director Kelly seeks additional time to obtain the expert declarations relevant to these points. Specifically, on January 26, 2023, Director Kelly retained Professor Robert J. Spitzer, an expert regarding the history of firearms regulation in this country. Dr. Spitzer is traveling, however, from January 26 until February 3, 2023. Given Dr. Spitzer's travel schedule, Director Kelly does not have sufficient time to obtain Dr. Spitzer's declaration and incorporate its contents into a response brief by the February 7 deadline.

7.  Similarly, on January 25, 2023, the Attorney General and Director Kelly retained Professor Louis Klarevas, an expert regarding mass shootings and their interrelationship with assault weapons and large capacity magazines. Professor Klarevas is currently completing pre-existing assignments from litigation in other jurisdictions, which will limit his availability prior to February 7.

8.  Director Kelly is also in the process of identifying and retaining numerous additional experts to prepare declarations in support of the brief responding to Plaintiffs' motion. Director Kelly respectfully requests additional time in order to complete the process of retaining these experts, facilitating the completion of their declarations, and incorporating their opinions in his response brief.

9.  Additionally, an extension of time is necessary because of undersigned counsel's schedule and workload. From January 28 through February 3, 2023, the undersigned will be out of the country and unable to work on this case. There have also been several other cases filed in state and federal court challenging the Act, some of which are seeking emergency injunctive relief

3

including *Harrel, et al. v. Raoul, et al.*, Case No. 23-141-SPM, and *Bailey, et al. Pritzker, et al.*, White County No. 23-MR-1.

WHEREFORE, for the above and foregoing reasons, Defendant Brendan Kelly requests that this Court extend the deadline to respond to Plaintiffs' motion for preliminary injunction and to answer or otherwise plead to February 28, 2023.

Dated: January 27, 2023

Respectfully submitted,

/s/ Laura K. Bautista
Laura K. Bautista, ARDC No. 6289023
*Assistant Chief Deputy Attorney General*
Office of the Attorney General
500 S. Second Street
Springfield, IL 62701
(217) 782-5819
Laura.Bautista@ilag.gov

*Langley, et al. v. Kelly, et al.*, **SDIL 23-192**

### CERTIFICATE OF SERVICE

      I certify that on January 27, 2023, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                                */s/ Laura K. Bautista*
                                                Laura K. Bautista
                                                Assistant Chief Deputy Attorney General