IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEREMY W. LANGLEY, TIMOTHY B. JONES, and MATTHEW WILSON,<br><br>              Plaintiffs,<br><br>v.<br><br>BRENDAN KELLY, and COLE PRICE SHANER,<br><br>              Defendants. | Case No. 3:23-CV-192-NJR |

## ORDER TRANSFERRING RELATED CASE

**ROSENSTENGEL, Chief Judge:**

On January 23, 2023, this case was removed to this District Court and randomly assigned to Senior District Judge J. Phil Gilbert. (Docs. 1, 3). Judge Gilbert recused from the action on January 25, 2023, and the case was randomly reassigned to the undersigned Chief District Judge. (Doc. 7).

The action arises out of the same facts and is closely related to *Harrel, et al. v. Raoul, et al.*, Case No. 23-141-SPM, which was filed before this action and is assigned to District Judge Stephen P. McGlynn. The law of this Circuit provides that related cases filed within the same District Court should be handled by a single District Judge. *See, e.g., Smith v. Check-N-Go of Illinois*, 200 F.3d 511, 513 n.1 (7th Cir. 1999); *Blair v. Equifax Check Services*, 181 F.3d 832, 839 (7th Cir. 1999). Accordingly, the undersigned Chief District Judge **TRANSFERS** this case to Judge McGlynn. All further pleadings filed herein shall be styled with the suffix -SPM.

IT IS SO ORDERED.

DATED:   January 30, 2023

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**