IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEREMY W. LANGLEY, ) | |
| TIMOTHY B. JONES and ) | |
| MATTHEW WILSON, ) | |
| ) | |
| v. ) | Case No. 23-CV-192 |
| ) | |
| BRENDAN KELLY, in his official ) | |
| capacity as Director of the Illinois ) | |
| State Police, and COLE PRICE SHANER, ) | |
| in his official capacity as States Attorney of ) | |
| Crawford County, Illinois, ) | |
| ) | |
| Defendants. ) | |

NOTICE OF SUPPLEENTAL EXIBITS IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION

Comes now Plaintiffs, by and through their attorneys, Thomas G. Maag and the Maag Law Firm, LLC, and SERVE NOTICE of the supplemental exhibits in support of Plaintiffs Motion for Preliminary Injunction as follows:

A. Exhibit A is a Freedom of Information Act Request to The Illinois State Police, seeking information on criminal use of two of the classes of purportedly banned firearms under the challenged act, as well as information on how one is to discern a rifle magazine from a pistol magazine.

B. Exhibit B is the response from the ISP FOIA officer, that following "a reasonable search", no such documents were found.

C. The response of ISP strongly indicates that, as least in the last 23 years, there has been no criminal use, in Illinois, of a shotgun with a revolving cylinder or a rifle chambered in .50 BMG, as no records of such criminal use have been found.

D. The response of ISP also supports the vagueness argument as to rifle and pistol magazines, as there are no ISP documents that indicate how one is to discern a rifle magazine from a pistol magazine.

WHEREFORE, it is requested that this Court take notice of these documents in considering the Motion for Preliminary Injunction in this case.

**Dated:**  2-9-2022                                                      Respectfully Submitted,

By:s/Thomas G. Maag

Thomas G. Maag #6272640
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL  62095
Phone:  618-216-5291
tmaag@maaglaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed using the CM/ECF system, which will send notification to all registered users, and a copy was mailed to the following non-registered user, via US Mail,

State's Attorney
Crawford County Courthouse
105 Douglas St.
Robinson, IL 62454

Dated:  2-9-2023                                                      Bys/Thomas G. Maag