10452-229

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JEREMY W. LANGLEY, | ) | |
| TIMOTHY B. JONES, and | ) | |
| MATTHEW WILSON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 23-cv-192-SPM |
| | ) | |
| BRENDAN KELLY, in his official | ) | |
| capacity as Director of the Illinois State | ) | |
| Police, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUION OF COUNSEL

Dominic W. Sinclair hereby request leave to withdraw as counsel for Defendant, COLE SHANER, in the aforementioned matter.

KEITH B. HILL, and MICHAEL D. SCHAG, and HEYL, ROYSTER, VOELKER & ALLEN, P.C., will remain as counsel of record for said Defendant.

/s/ **Dominic W. Sinclair** (with consent)
BY:_____
Dominic W. Sinclair ARDC #6339687
3636 S. Geyer Road, Suite 100
St. Louis, MO 63127
Telephone 312.372.8884
mkouri@chartwelllaw.com

/s/ **Keith B. Hill**
BY:_____
Keith B. Hill, ARDC#6277660
Michael D. Schag ARDC# 6226014
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
105 West Vandalia, Suite 100
Edwardsville, IL 62025-0467
Telephone  618.656.4646
khill@heylroyster.com
Mschag@heylroyster.com
**Attorney for Cole Shaner**

10452-229

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this **6th** day of **April, 2023**, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Laura K. Bautista**
Illinois Attorney General's Office - Springfield
500 South Second Street
Springfield, IL 62701
Laura.Bautista@ilag.gov
**Attorneys for Defendant, Brendan Kelly**

**Darren Bernens Kinkead**
**Christopher Graham Wells**
Illinois Attorney General's Office
100 West Randolph Street, 11th Floor
Chicago, IL 60601AND
darren.kinkead@ilag.gov
Christopher.wells@ilag.gov
**Attorneys for Defendant, Brendan Kelly**

**Peter J. Maag**
**Thomas G. Maag**
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL 62095
lawmaag@gmail.com
Tmaag@maaglaw.com
**Attorneys for Plaintiffs**

/s/ ***Keith B. Hill***
_____