IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, *et al.*,<br>    Defendants. | No. 3:23-cv-00209-SPM (Lead Case) |
| DANE HARREL, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, *et al.*,<br>    Defendants. | No. 3:23-cv-00141-SPM |
| JEREMY W. LANGLEY, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>BRENDAN KELLY, *et al.*,<br>    Defendants. | No. 3:23-cv-00192-SPM |
| FEDERAL FIREARMS LICENSEES OF ILLINOIS, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>JAY ROBERT "J.B." PRITZKER, *et al.*,<br>    Defendants. | No. 3:23-cv-00215-SPM |

# MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

Before the Court is Defendant Brendan F. Kelly's Motion to Stay (Doc. 112) Plaintiff Jeremy W. Langley's Motion for Summary Judgment (Doc. 111). On April 28, 2023, a Notice of Appeal (Doc. 102) regarding this Court's Order Granting Motion for Preliminary Injunction (Doc. 101) was filed. That interlocutory appeal pertains to the Second Amendment claims presented in this case and is currently pending before the Seventh Circuit Court of Appeals. This Court has consolidated this case with cases 23-CV-00141-SPM, 23-CV-00192-SPM, and 23-CV-00215-SPM for purposes of common claims and stayed litigation of other claims presented. (*See* Doc. 32). Although the interlocutory appeal does not pertain to criminal enforcement of PICA on vagueness grounds, as the Langley Plaintiffs now raise, the appeal is fully briefed and argued and may impact enforcement of PICA. Thus, in the interest of judicial economy, the Motion to Stay (Doc. 112) is GRANTED in part. Consideration of the Motion for Summary Judgment (Doc. 111) is STAYED for 45-days.

The Court will set this case for a status conference at the end of the 45-days.

**IT IS SO ORDERED.**

**DATED: June 29, 2023**

*s/ Stephen P. McGlynn*
**STEPHEN P. McGLYNN**
**U.S. District Judge**
