IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEREMY W. LANGLEY, TIMOTHY B. JONES, and MATTHEW WILSON,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BRENDAN KELLY, in his official capacity as Director of the Illinois State Police, and COLE PRICE SHANER, in his official capacity as State's Attorney of Crawford County, Illinois,<br><br>　　　　Defendants. | No. 3:23-cv-192-SPM |

## NOTICE OF APPEAL

Defendant Brendan Kelly, Director of the Illinois State Police, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Court's order and final judgment dated November 8, 2024, in this case (Doc. 46), as well as three related cases (*Barnett, et al. v. Raoul, et al.*, 3:23-cv-209 Doc. 259; *Federal Firearms Licensees of Illinois, et al. v. Pritzker, et al.*, 3:23-cv-215 Doc. 86; *Harrel, et al. v. Raoul, et al.*, 3:23-cv-141 Doc. 55). A notice of appeal has been filed in each of the four cases.

In this appeal, Director Kelly respectfully requests that the Court of Appeals vacate the district court's injunction (Doc. 45 at 167-68), reverse the district court's order granting judgment to plaintiffs (Doc. 46), and provide any other relief the Court deems appropriate.

Dated: November 8, 2024

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　KWAME RAOUL
　　　　　　　　　　　　　　　　　　　　　　　*Attorney General of Illinois*

　　　　　　　　　　　　　　　　　　　　　　　/s/　　Christopher G. Wells
　　　　　　　　　　　　　　　　　　　　　　　Christopher G. Wells, No. 6304265
　　　　　　　　　　　　　　　　　　　　　　　Kathryn Hunt Muse, No. 6302614

Gretchen Helfrich, No. 630004
John T. Hazinski, No. 6329791
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-3000
Christopher.wells@ilag.gov

*Counsel for ISP Director Kelly*

## **CERTIFICATE OF SERVICE**

  I certify that on November 8, 2024, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Christopher G. Wells
